UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date:   December 10, 2014

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: YVONNE DAVION

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 13-CR-171  (CCC)

Title of Case: U.S.A. v. PEGGY S. ALBEDHADY-SANCHEZ

Appearances:       Rahul Agarwal, AUSA, for the Government
                   Kevin Carlucci, Esq. for Defendant NIMMONS

**Nature of Proceedings:**  Change of Plea to the Indictment

Ordered defendant sworn.
Defendant advised of his rights.
Defendant retracts plea of Not Guilty and Pled Guilty to Count 1 of the Indictment.
Rule 11 form filed.
Plea agreement filed.
Ordered sentence date March 24, 2015 at 11:00 AM.
Ordered Bail continued.

Time Commenced:  11:30 a.m.                Time Adjourned:  12:00  p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk